IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILHEMINA A. KAMARA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROSEMONT COLLEGE, et al. | : | NO. 14-1176 |

ORDER

AND NOW, this 31st day of March, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants Rosemont College, Sharon Hirsh (spelled incorrectly by plaintiff as Hirsch), Jane Federowicz, Mary Beth Tsikalas, and Lee Plenn to dismiss plaintiff's complaint (Doc. #2) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                              J.